OUTDOOR WORLD CORPORATION v. NEW JERSEY
DEPARTMENT OF LABOR.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD J. SOLTESZ.

September 6, 1989.

Petition for certification granted, and the matter is summarily remanded to the Superior Court, Law Division, Camden County, for reconsideration in light of *State v. Warren,* 115 *N.J.* 433 (1989); the trial court also may take into account *N.J.S.A.* 2C:35–5 in its reconsideration.

STATE OF NEW JERSEY v. ROBERT DUNNE.

September 6, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. FRANK MOSLEY.

September 6, 1989.

Petition for certification denied.